UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:23-cr-76-BJD-SJH

ANA ROMERO

### UNITED STATES' MOTION FOR DOWNWARD DEPARTURE BASED UPON SUBSTANTIAL ASSISTANCE

Pursuant to U.S. Sentencing Guidelines § 5K1.1, the United States moves this Court to grant a three-level reduction in the total offense level of defendant Ana Romero, and in support of this motion states as follows:

### MEMORANDUM OF LAW

On a motion of the United States, the Court may reduce a defendant's total offense level to reflect a defendant's substantial assistance to law enforcement. *See* USSG § 5K1.1.

Here, the defendant agreed to cooperate with the United States under the terms of a cooperation plea agreement. That agreement may have contributed to a co-defendant's subsequent decision to plead guilty, obviating the need for Romero to testify at trial as a government witness. She also submitted to an interview with federal agents and provided information regarding other matters.

The United States believes that, because of her efforts on behalf of federal and local law enforcement, the defendant should receive a three-level reduction in her

total offense level.  That downward departure would reduce her sentencing range from 30-37 months' to 21-27 months' imprisonment, a reduction of approximately 30% in the defendant's sentencing exposure.

## CONCLUSION

For the foregoing reasons, this Court should grant the United States' motion for a downward departure.  Counsel for the United States will be prepared to elaborate regarding this recommendation and the nature of the defendant's cooperation at her sentencing hearing.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By   */s/ Michael J. Coolican*
MICHAEL J. COOLICAN
Assistant United States Attorney
USAO No. 156
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:   (904) 301-6310
E-mail: michael.coolican@usdoj.gov